UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL RAY RAMIREZ, | ) | No. CV 14-3541-MWF(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed without prejudice.

DATED: June 17, 2014

_____
MICHAEL W. FITZGERALD
United States District Judge